UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


PAWS FOR A TREAT, LLC

      v                                              3:05cv1304 (SRU)

THE CHRISTMAS TREE SHOPS, INC. and
NANTUCKET DISTRIBUTING CO., INC.


## JUDGMENT

Notice having been sent to plaintiff on September 12, 2006, indicating that if substitute counsel did not appear by October 1, 2006, the case would be dismissed.

To date, no substitute appearance of counsel has been filed.

Therefore, it is ORDERED and ADJUDGED that the complaint is dismissed without prejudice and the case is closed.

Dated at Bridgeport, Connecticut, this 16th day of October 2006.

                                                     KEVIN F. ROWE, Clerk

                                                     By____/s/_____
                                                          Alice Montz
                                                         Deputy Clerk


Entered on Docket _____